UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMERICAN EMPIRE SURPLUS LINES       :   16-CV-04506 (SJF)(GRB)
INSURANCE COMPANY,                  :
                                    :   **PROPOSED**
                        Plaintiff,  :   **ORDER**
                                    :
   -against-                        :
                                    :           F I L E D
                                    :        IN CLERK'S OFFICE
THE ESPINOSA GROUP, INC.,           :   U.S. DISTRICT COURT E.D.N.Y.
                                    :
                                    :      ★  DEC 14 2016  ★
                        Defendants. :
-----------------------------------------------------------------X      LONG ISLAND OFFICE

## DEFAULT JUDGMENT

On the below date, the Court considered the Motion for Default of plaintiff, American Empire Surplus Lines Insurance Company ("American Empire"), against defendant Espinosa Group, Inc. ("Espinosa"). The Court Clerk issued a Certificate of Default on October 7, 2016. After considering the Court's file, proof of service, and the grounds for dismissal, as well as any evidence introduced at hearing, the Court GRANTS the Motion for Default Judgment.

Accordingly, it is

ORDERED and ADJUDGED that American Empire does recover of Espinosa the sum of $85,798, the amount claimed, plus interest in the sum of $_____, with $_____ costs and disbursements, and attorney fees in the sum of $_____, plus interest at the legal rate in effect on the date of this judgment; and that American Empire have execution therefore; and it is further hereby

ADJUDGED AND DECLARED that American Empire has no duty to defend and/or indemnify Espinosa, or any other person or entity seeking coverage under the Commercial General Liability insurance policy American Empire issued to Espinosa, bearing Policy No.

14CG0189795, for the period of December 19, 2014 to December 19, 2015 and the Excess Lability insurance policy American Empire issued to Espinosa, bearing Policy No. 14CX0189796, for the same period, relative to any occurrences, offense, claim or suit which has been or may be reported to American Empire.

Dated: Central Islip, New York
November ___, 2016
December 14,

s/ Sandra J. Feuerstein

By: _____
District Judge